UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARVIN BELSER,

      Plaintiff,

                                                    Case No. 2:15-cv-199

v.

                                                    HON. ROBERT HOLMES BELL

BRENDA JAMES et al.,

      Defendants.
                                 /

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Plaintiff Marvin Belser's motion for a temporary restraining order. (ECF No. 21.) On July 8, 2016, United States Magistrate Judge Timothy P. Greeley issued a report and recommendation (R&R, ECF No. 47), recommending that Plaintiff's motion be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's motion for a temporary restraining order (ECF No. 21) is **DENIED**.

      **IT IS FURTHER ORDERED** that the Magistrate Judge's July 8, 2016, report and recommendation (ECF No. 47) is **APPROVED and ADOPTED** as the opinion of this Court.


Dated: August 4, 2016                                      /s/ Robert Holmes Bell
                                                                 ROBERT HOLMES BELL
                                                                 UNITED STATES DISTRICT JUDGE